# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Crystal Lopez, | No. CV-23-00629-PHX-ROS |
| Plaintiff, | **ORDER** |
| v. | |
| Liberty Mutual Personal Insurance Company, | |
| Defendant. | |

Defendant Liberty Mutual Personal Insurance Company has filed an Unopposed Motion to Stay. (Doc. 4). This is one of a number of putative class actions claiming insurers are required to provide "stacked" insurance benefits because they did not comply with A.R.S. § 20-259.01, which would allow them to prohibit stacking.

The Motion to Stay explains that the statute at issue in the present case, A.R.S. § 20-259.01, is also at issue in a similar case, *Franklin v. CSAA Gen. Ins. Co.*, No. CV-22-00540-JJT. In *Franklin*, the Arizona District Court certified two questions about that statute to the Arizona Supreme Court, which has accepted the questions, received briefing, and heard oral argument in the matter. As the resolution of those questions will directly affect the present case, a stay will be granted.

Since Plaintiff does not oppose, and good cause appearing,

**IT IS ORDERED** the Unopposed Motion to Stay (Doc. 4) is **GRANTED**. All proceedings in this matter are **STAYED** pending the outcome of the certified questions before the Arizona Supreme Court.

**IT IS FURTHER ORDERED** the parties are to file a Joint Status Report notifying the Court within 14 days of the publication of the Arizona Supreme Court's opinion answering the certified questions. In that Joint Status Report, each party should set forth their position on the impact of the Arizona Supreme Court's opinion on the present case.

Dated this 25th day of April, 2023.

Honorable Roslyn O. Silver
Senior United States District Judge