**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Crystal Lopez, | No. CV-23-00629-PHX-ROS |
| Plaintiff, | **ORDER** |
| v. | |
| Liberty Mutual Personal Insurance Company, | |
| Defendant. | |

This case was stayed pending the outcome of relevant certified questions to the Arizona State Supreme Court. (Doc. 7). The parties have filed a Joint Status Report indicating the State Supreme Court has answered the certified questions and advising that the issues in this case remain pending. (Doc. 8).

Good cause appearing,

**IT IS ORDERED** the stay in this case is lifted.

**IT IS FURTHER ORDERED** Defendant must Answer or otherwise respond to the Complaint by August 30, 2023.

Dated this 16th day of August, 2023.

Honorable Roslyn O. Silver
Senior United States District Judge