

**Jaburg & Wilk, P.C.**
3200 N. Central Avenue, 20th Floor
Phoenix, AZ 85012
602.248.1000

Micalann C. Pepe (029053)
mcp@jaburgwilk.com
Ian M. Fischer (026239)
imf@jaburgwilk.com
Kate A. Myers (034204)
kam@jaburgwilk.com

Attorneys for Defendant
Liberty Mutual Personal Insurance Company

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Crystal Lopez,<br><br>              Plaintiff,<br><br>v.<br><br>Liberty Mutual Personal Insurance Company, a New Hampshire Corporation,<br><br>              Defendant. | Case No.  2:23-cv-00629-ROS<br><br>**STIPULATED MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>**(First Request)** |

The Parties jointly move to continue the Case Management Conference currently scheduled for September 29, 2023 at 10 am (Doc. 11) to the following week or the Court's next available date after the following week. This request is made because counsel for Liberty Mutual Personal Insurance Company has oral argument in Maricopa County Superior Court at the currently scheduled time. Counsel also note that they are not available on October 2, 2023 at 9 am because they have a Case Management Conference in a different matter at that time. This request is not made for purposes of delay. A proposed form of order is submitted herewith.

23043-23043-00028\\IMF\\IMF\\5673201.1

DATED this 8th day of September, 2023.

**Jaburg & Wilk, P.C.**

/s/Ian M. Fischer
Micalann C. Pepe
Ian M. Fischer
Kate A. Myers
*Attorneys for Defendant*

**The Slavicek Law Firm**

/s/Justin Henry
Justin Henry
*Attorneys for Plaintiff*

### *Certificate of Service*

I hereby certify that on the 8th day of September, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, and for transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Brett L. Slavicek
James Fucetola
Justin Henry
THE SLAVICEK LAW FIRM
5500 North 24th Street
Phoenix, Arizona 85016
brett@slaviceklaw.com
james@slaviceklaw.com
justin@slaviceklaw.com
Attorneys for Plaintiff

/s/Debra Gower