# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Crystal Lopez, | No. CV-23-00629-PHX-ROS |
| Plaintiff, | **ORDER** |
| v. | |
| Liberty Mutual Personal Insurance Company, | |
| Defendant. | |

The Parties have filed a Stipulated Motion to Continue Case Management Conference (First Request) (Doc. 12). Good cause appearing,

**IT IS ORDERED** the Stipulated Motion (Doc. 12) is **GRANTED**. The Case Management Conference set on September 29, 2023, at 10:00 a.m. is **VACATED AND RESET** to **October 11, 2023, at 11:00 a.m.**

**IT IS FURTHER ORDERED** the deadline to file the joint Case Management Report and proposed Scheduling Order remains **September 22, 2023**.

Dated this 8th day of September, 2023.

Honorable Roslyn O. Silver
Senior United States District Judge