# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Crystal Lopez, | No. CV-23-0629-PHX-ROS |
| Plaintiff, | **RULE 16 SCHEDULING ORDER** |
| v. | |
| Safeco Insurance Company of America, | |
| Defendant. | |

The parties filed their Joint Proposed Case Management Plan. (Doc. 19). The parties propose deadlines far longer than what is merited given the claims and defenses in this case. Therefore, the Court will adopt a more compressed schedule. The parties also propose that discovery proceed on class certification issues first, followed by merits discovery. The Court will adopt that proposal.

The parties must make every effort to comply with the following deadlines. Any requested extension of time must be supported by a showing of sufficient diligence. *See Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992) (noting that if party seeking amendment of scheduling order "was not diligent, the inquiry should end").

Accordingly,

**IT IS ORDERED** the Rule 16 Hearing set for October 10, 2023, is **VACATED**.

**IT IS FURTHER ORDERED** the parties shall comply with the following:

A.    All proceedings concerning this case shall be in accordance with the Federal Rules of Civil Procedure.

B.     All Initial Disclosures as defined in FRCP 26(a)(1), shall be made no later than ten days after the date of the entry of this Order.

C.     To satisfy the requirements of FRCP 26(a)(1), the parties shall file a <u>Notice of Initial Disclosure</u>, rather than copies of the actual disclosures.

D.     Procedural motions including Motions to Amend the Complaint or Answer, and Motions to Join Additional Parties shall be filed no later than **October 13, 2023**.

E.     The following deadlines apply to the class certification issue:

- Deadline to complete class discovery other than experts: **December 22, 2023**;
- Deadline for Plaintiff to disclose expert reports regarding class certification: **January 17, 2024**;
- Deadline for Plaintiffs to file motion for class certification: **January 17, 2024**;
- Deadline to complete depositions of Plaintiffs' experts regarding class certification **January 31, 2024**;
- Deadline for Defendant to disclose expert reports regarding class certification: **February 14, 2024**;
- Deadline for Defendant to file a response to the motion for class certification and deadline for Defendant to move to sever the named Plaintiffs (if appropriate): **February 14, 2024**;
- Deadline for Defendant to file any *Daubert* motion(s) related to Plaintiff's class certification experts (response and reply times on *Daubert* motions shall follow the civil local rules): **February 14, 2024**;
- Deadline to complete depositions of Defendant's experts regarding class certification: **March 1, 2024**;
- Deadline for Plaintiff to disclose rebuttal expert reports regarding class certification (no supplemental depositions for class certification purposes): **March 15, 2024**;
- Deadline for Plaintiff to reply in support of the class certification motion and to respond to any motion to sever: **March 15, 2024**;

- Deadline for Plaintiffs to file an *Daubert* motion regarding Defendant's class certification experts (response and reply times on *Daubert* motions shall follow the civil local rules): **March 15, 2024**.

F. The parties must submit a proposed schedule for any remaining discovery within ten days of the resolution of the class certification motion.

G. Discovery by interrogatory shall be governed by the national uniform requirements set forth in FRCP 33.

I. Depositions shall be limited by the national uniform requirements set forth in Rules 30, 31, and 32 of the FRCP.

J. Motions on discovery matters are prohibited. Should a discovery dispute arise Counsel shall consult and make a sincere effort to resolve the matter(s). If the parties cannot reach a resolution, they are directed to consult the Court's Standing Order concerning discovery disputes to ensure full compliance with the Court's discovery dispute procedures, some of which are not included here. Discovery Dispute Instructions are available on the District of Arizona website at www.azd.uscourts.gov / Judges' Information / Orders, Forms & Procedures for the Hon. Roslyn O. Silver.

K. All parties are specifically admonished that pursuant to LRCiv 7.2(i), "[i]f a motion does not conform in all substantial respects with the requirements of this Rule, or if the opposing party does not serve and file the required answering memoranda, or if counsel for any party fails to appear at the time and place for oral argument, such non-compliance may be deemed a consent to the denial or granting of the motion and the Court may dispose of the motion summarily."

This Court views compliance with the provisions of this Order as critical to its case management responsibilities and the responsibilities of the parties under FRCP 1.

Dated this 2nd day of October, 2023.

Honorable Roslyn O. Silver
Senior United States District Judge

- 3 -