Brett L. Slavicek (No. 019306)
James Fucetola (No. 029332)
Justin Henry (No. 027711)
**THE SLAVICEK LAW FIRM**
5500 North 24th Street
Phoenix, Arizona 85016
Telephone: (602) 285-4425
Fax: (602) 287-9184
Email: brett@slaviceklaw.com
        james@slaviceklaw.com
        justin@slaviceklaw.com

*Attorney for Plaintiffs*

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Crystal Lopez,<br><br>                     Plaintiff,<br><br>vs.<br><br>Liberty Mutual Personal Insurance Company, a New Hampshire corporation,<br><br>                     Defendant. | **Case No. 2:23-cv-00629-PHX-DLR**<br><br>**STIPULATION TO VACATE CASE MANAGEMENT DEADLINES AND REQUEST FOR RULE 16 CONFERENCE** |

The parties, through undersigned counsel, hereby submit this Stipulation to Vacate Case Management Deadlines and Request for Rule 16 Conference. This Court recently ordered the transfer of this action from the Honorable Roslyn O. Silver to the Honorable Douglas L. Rayes to promote party and judicial economy in managing parallel putative class actions against Safeco Insurance Company of America ("Safeco") and Liberty Mutual Personal Insurance Company ("Liberty Mutual") (Dkt. #28). As noted in the Motion to Transfer and Consolidate (Dkt. #22), it is anticipated that discovery and motion

1

23043-23043-00028\\IMF\\IMF\\5791630.1

practice in this action will overlap with the same activity in the consolidated action, *Moshier v. Safeco Ins. Co. of America*, 23-cv-00225-PHX-DLR (D. Ariz.). Accordingly, the parties believe that both actions should proceed on parallel case management tracks to ensure efficiency and promote judicial economy.

The parties, therefore, respectfully request this Court vacate the current case management deadlines as outlined in the Rule 16 Scheduling Order (Dkt. #16) and set this matter for a Rule 16 Case Management Conference to set a schedule consistent with any scheduling order that will be entered in the *Moshier* action. A Rule 16 Conference has already been set in *Moshier* for January 11, 2024 at 10:30 a.m., but the parties in that action have asked to reschedule it to a different date. The parties are available to attend a Rule 16 Conference immediately preceding or after the re-set Rule 16 Conference in *Moshier*.

DATED this 11th day of December, 2023.

**THE SLAVICEK LAW FIRM**

*/s/ Justin Henry*
Justin Henry
*Attorneys for Plaintiffs*

**JABURG & WILK, PC**

*/s/ Ian M. Fischer (with permission)*
Ian M. Fischer
*Attorneys for Defendant*

2

## **CERTIFICATE OF SERVICE**

I hereby certify on December 11, 2023, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant:

Ian M. Fischer, Esq.
Micalann C. Pepe, Esq.
**JABURG & WILK, PC**
3200 North Central Avenue, 20th Floor
Phoenix, Arizona 85012
*Attorneys for Defendant Liberty Mutual Personal Insurance Company*

*/s/ Natalie Newell*

23043-23043-00028\\IMF\\IMF\\5791630.1