Robert B. Carey (SBN 011186)
John DeStefano (SBN 025440)
Tory Beardsley (SBN 031926)
HAGENS BERMAN SOBOL SHAPIRO LLP
11 West Jefferson Street, Suite 1000
Phoenix, AZ  85003
Telephone: (602) 840-5900
Facsimile: (602) 840-3012
Email: rob@hbsslaw.com
        johnd@hbsslaw.com
        toryb@hbsslaw.com

Brett L. Slavicek (SBN 019306)
James Fucetola (SBN 029332)
Justin Henry (SBN 027711)
THE SLAVICEK LAW FIRM
5500 North 24th Street
Phoenix, Arizona 85016
Telephone: (602) 285-4435
Facsimile: (602) 287-9184
Email: brett@slaviceklaw.com
        james@slaviceklaw.com
        justin@slaviceklaw.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Crystal Lopez, | Case No.    2:23-cv-00629-PHX-DLR |
| Plaintiff, | |
| v. | **STIPULATION TO ENTER PROTECTIVE ORDER** |
| Liberty Mutual Personal Insurance Company, a New Hampshire Corporation, | **(**Honorable Douglas L. Rayes) |
| Defendant. | |

STIPULATION TO ENTER PROTECTIVE
ORDER

The parties, by and through undersigned counsel, hereby stipulate and agree to enter the attached Protective Order.

Dated: October 7, 2024                 Respectfully submitted by,

HAGENS BERMAN SOBOL SHAPIRO LLP

By: *s/ Robert. B. Carey*
    Robert B. Carey
    John M. DeStefano
    E. Tory Beardsley

THE SLAVICEK LAW FIRM
    Brett L. Slavicek
    James Fucetola
    Justin Henry

*Attorneys for Plaintiffs*

JABURG & WILK, P.C.

By: *s/ Ian M. Fischer (w/permission)*
    Micalann C. Pepe (No. 029053)
    Ian M. Fischer (No. 026239)
    Michelle L. Hogan (No. 031490)

*Attorneys for Defendant*

HAGENS BERMAN
SOBOL SHAPIRO LLP

1

STIPULATION TO ENTER PROTECTIVE
ORDER