Robert B. Carey (SBN 011186)
John DeStefano (SBN 025440)
Tory Beardsley (SBN 031926)
HAGENS BERMAN SOBOL SHAPIRO LLP
11 West Jefferson Street, Suite 1000
Phoenix, AZ  85003
Telephone: (602) 840-5900
Facsimile: (602) 840-3012
Email: rob@hbsslaw.com
        johnd@hbsslaw.com
        toryb@hbsslaw.com

Brett L. Slavicek (SBN 019306)
James Fucetola (SBN 029332)
Justin Henry (SBN 027711)
THE SLAVICEK LAW FIRM
5500 North 24th Street
Phoenix, Arizona 85016
Telephone: (602) 285-4435
Facsimile: (602) 287-9184
Email: brett@slaviceklaw.com
        james@slaviceklaw.com
        justin@slaviceklaw.com

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Crystal Lopez,<br><br>       Plaintiff,<br><br>v.<br><br>Liberty Mutual Personal Insurance Company, a New Hampshire Corporation,<br><br>       Defendant. | Case No. 23-cv-00629-DLR<br><br>**JOINT MOTION TO EXTEND CASE SCHEDULE**<br><br>(Assigned to the Honorable Douglas L. Rayes) |

Plaintiff Crystal Lopez and Defendant Liberty Mutual Personal Insurance Company (collectively "the Parties"), through their respective counsel of record, hereby jointly agree and move for a five-month extension of deadlines for briefing class certification issues and expert disclosures.

With respect to the extension of remaining deadlines, the Parties have been actively conferring to resolve discovery disputes relating to identification and collection of data and other class certification issues without court involvement, to the best of their abilities, and additional time is needed to address those discovery issues in advance of briefing so that the Court can conduct its rigorous analysis of class certification requirements under *Wal-Mart Stores, Inc. v. Dukes*, 564 U.S. 338 (2011). *See also ABS Ent., Inc. v. CBS Corp.*, 908 F.3d 405, 427 (9th Cir. 2018) (reversing the district court's striking of plaintiff's certification motion on the grounds that the court's strict time limits on class discovery were incompatible with Rule 23's "emphasis on the parties' obligation to present the court with sufficient information to support an informed decision on certification"). In the course of conferrals, the Parties have reached the conclusion that an extension for briefing class certification would aid in the management of discovery as well as the coordination of the class certification decision under the overall case schedule.

Now, therefore, the Parties, by and through their counsel and subject to the approval of the Court, request that the dates shall be amended as follows:

| EVENT | CURRENT DEADLINE | NEW DEADLINE |
| --- | --- | --- |
| Class Fact Discovery Cut Off | November 8, 2024 | April 7, 2025 |
| Plaintiff to disclose all persons whom they may call to trial to present evidence under FRE 702, 703, 704, 705 | November 22, 2024 | April 21, 2025 |
| Motion for Class Certification | November 22, 2024 | April 21, 2025 |
| Response to Motion for Class Certification | February 14, 2025 | July 14, 2025 |

JOINT MOTION TO EXTEND CASE
SCHEDULE

| Defendant to disclose all persons whom they may call to trial to present evidence under FRE 702, 703, 704, 705 | February 14, 2025 | July 14, 2025 |
|---|---|---|
| Reply in Support of Motion for Class Certification | March 14, 2025 | August 11, 2025 |
| Plaintiff to disclose all persons providing rebuttal expert testimony | March 14, 2025 | August 11, 2025 |

JOINT MOTION TO EXTEND CASE SCHEDULE

Dated: October 17, 2024                     Respectfully submitted by,

HAGENS BERMAN SOBOL SHAPIRO LLP

By: *s/ Robert B. Carey*
    Robert B. Carey
    John M. DeStefano
    E. Tory Beardsley

THE SLAVICEK LAW FIRM
    Brett L. Slavicek
    James Fucetola
    Justin Henry

*Attorneys for Plaintiff*

JABURG & WILK, P.C.

By: *s/Ian M. Fischer (w/permission)*
    Micalann C. Pepe (No. 029053)
    Ian M. Fischer (No. 026239)
    Michelle L. Hogan (No. 031490)

*Attorneys for Defendant*

- 4 -                                   JOINT MOTION TO EXTEND CASE
                                                 SCHEDULE