Robert B. Carey (SBN 011186)
John DeStefano (SBN 025440)
Tory Beardsley (SBN 031926)
HAGENS BERMAN SOBOL SHAPIRO LLP
11 West Jefferson Street, Suite 1000
Phoenix, AZ  85003
Telephone: (602) 840-5900
Facsimile: (602) 840-3012
Email: rob@hbsslaw.com
       johnd@hbsslaw.com
       toryb@hbsslaw.com

Brett L. Slavicek (SBN 019306)
James Fucetola (SBN 029332)
Justin Henry (SBN 027711)
THE SLAVICEK LAW FIRM
5500 North 24th Street
Phoenix, Arizona 85016
Telephone: (602) 285-4435
Facsimile: (602) 287-9184
Email: brett@slaviceklaw.com
       james@slaviceklaw.com
       justin@slaviceklaw.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Crystal Lopez,<br><br>        Plaintiff,<br><br>v.<br><br>Liberty Mutual Personal Insurance Company, a New Hampshire Corporation,<br><br>        Defendant. | Case No. 23-cv-00629-DLR<br><br>**JOINT MOTION TO EXTEND CASE SCHEDULE**<br><br>(Assigned to the Honorable Douglas L. Rayes) |

Plaintiff Crystal Lopez and Defendant Liberty Mutual Personal Insurance Company (collectively "the Parties"), through their respective counsel of record, hereby jointly agree and move for a 90-day extension of deadlines for briefing class certification issues and expert disclosures.

With respect to the extension of remaining deadlines, while the Parties continue conferring to resolve discovery disputes relating to identification and collection of data and other class certification issues without court involvement, their efforts have been focused on resolving this matter. To that end, the Parties' discovery efforts were focused on the production and analysis of classwide data that is necessary to drive both settlement and class certification. Further, the Parties presented full mediation briefs to the Honorable Mike Ungar (Ret.) and attended an all-day mediation on March 7, 2025. The Parties were unable to come to an agreement on that date.

While the Parties continued negotiating class discovery during this time, additional time is needed to address those discovery issues in advance of briefing so that the Court can conduct its rigorous analysis of class certification requirements under Wal-Mart Stores, Inc. v. Dukes, 564 U.S. 338 (2011). See also ABS Ent., Inc. v. CBS Corp., 908 F.3d 405, 427 (9th Cir. 2018) (reversing the district court's striking of plaintiff's certification motion on the grounds that the court's strict time limits on class discovery were incompatible with Rule 23's "emphasis on the parties' obligation to present the court with sufficient information to support an informed decision on certification"). In the course of The Parties agree that an extension for briefing class certification would aid in the management of discovery as well as the coordination of the class certification decision under the overall case schedule.

Now, therefore, the Parties, by and through their counsel and subject to the approval of the Court, request that the dates shall be amended as follows:

| EVENT | CURRENT DEADLINE | NEW DEADLINE |
|---|---|---|
| Class Fact Discovery Cut Off | April 7, 2025 | July 7, 2025 |
| Plaintiff to disclose all persons whom they may call to trial to present evidence under FRE 702, 703, 704, 705 | April 21, 2025 | July 28, 2025 |
| Motion for Class Certification | April 21, 2025 | July 28, 2025 |
| Response to Motion for Class Certification | July 14, 2025 | October 20, 2025 |
| Defendant to disclose all persons whom they may call to trial to present evidence under FRE 702, 703, 704, 705 | July 14, 2025 | October 20, 2025 |
| Reply in Support of Motion for Class Certification | August 11, 2025 | November 17, 2025 |
| Plaintiff to disclose all persons providing rebuttal expert testimony | August 11, 2025 | November 17, 2025 |

JOINT MOTION TO EXTEND CASE
SCHEDULE

Dated: March 13, 2025

Respectfully submitted by,

HAGENS BERMAN SOBOL SHAPIRO LLP

By: *s/ Robert B. Carey*
  Robert B. Carey
  John M. DeStefano
  E. Tory Beardsley

THE SLAVICEK LAW FIRM
  Brett L. Slavicek
  James Fucetola
  Justin Henry

*Attorneys for Plaintiff*

JABURG & WILK, P.C.

By: *s/Ian M. Fischer (w/permission)*
  Micalann C. Pepe (No. 029053)
  Ian M. Fischer (No. 026239)
  Michelle L. Hogan (No. 031490)

*Attorneys for Defendant*

- 4 -