# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Crystal Lopez, | No. CV-23-00629-PHX-DLR |
| Plaintiff, | **ORDER** |
| v. | |
| Liberty Mutual Personal Insurance Company, | |
| Defendant. | |

The Court having reviewed the parties' Joint Motion to Extend Case Schedule (Doc. 48), and good cause appearing,

**IT IS ORDERED** that the parties' joint motion is **GRANTED** and the deadlines set forth in the Court's Scheduling Order (Doc. 34), as previously amended (Doc. 43), are further extended as follows:

| EVENT | CURRENT DEADLINE | NEW DEADLINE |
|---|---|---|
| Class Fact Discovery Cut Off | April 7, 2025 | **July 7, 2025** |
| Plaintiff to disclose all persons whom they may call to trial to present evidence under FRE 702, 703, 704, 705 | April 21, 2025 | **July 28, 2025** |
| Motion for Class Certification | April 21, 2025 | **July 28, 2025** |
| Response to Motion for Class Certification | July 14, 2025 | **October 20, 2025** |

| Defendant to disclose all persons whom they may call to trial to present evidence under FRE 702, 703, 704, 705 | July 14, 2025 | **October 20, 2025** |
|---|---|---|
| Reply in Support of Motion for Class Certification | August 11, 2025 | **November 17, 2025** |
| Plaintiff to disclose all persons providing rebuttal expert testimony | August 11, 2025 | **November 17, 2025** |

Dated this 13th day of March, 2025.


Douglas L. Rayes
Senior United States District Judge