Robert B. Carey (SBN 011186)
John DeStefano (SBN 025440)
Tory Beardsley (SBN 031926)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
11 West Jefferson Street, Suite 1000
Phoenix, AZ  85003
Telephone: (602) 840-5900
Facsimile: (602) 840-3012
Email: rob@hbsslaw.com
        johnd@hbsslaw.com
        toryb@hbsslaw.com

Brett L. Slavicek (SBN 019306)
James Fucetola (SBN 029332)
Justin Henry (SBN 027711)
**THE SLAVICEK LAW FIRM**
5500 North 24th Street
Phoenix, Arizona 85016
Telephone: (602) 285-4435
Facsimile: (602) 287-9184
Email: brett@slaviceklaw.com
        james@slaviceklaw.com
        justin@slaviceklaw.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Crystal Lopez,<br><br>             Plaintiff,<br><br>v.<br><br>Liberty Mutual Personal Insurance Company, a New Hampshire Corporation,<br><br>             Defendant. | Case No. 23-cv-00629-DLR<br><br>**JOINT MOTION TO EXTEND CASE SCHEDULE**<br><br>(Assigned to the Honorable Douglas L. Rayes) |

Plaintiff Crystal Lopez and Defendant Liberty Mutual Personal Insurance Company (collectively "the Parties"), through their respective counsel of record, hereby jointly agree and move for a six-month extension of deadlines for briefing class certification issues and expert disclosures.

Since the Parties' last motion, Dkt. 48, Defendant has begun producing documents responsive to ESI search terms on a rolling basis, including the disclosure of documents on May 14, June 2, and June 3, 2025 and anticipates another production on or before June 27, 2025. While Defendant has not completed its review of documents responsive to the previously agreed upon search terms, Plaintiff has agreed to confer with Defendant regarding the best process for completing the ESI process in an efficient manner. Additionally, the parties have met and conferred regarding a dispute over Defendant's productions to date. The conferral is ongoing as the parties aim to resolve the dispute without Court intervention. Plaintiff requires time to review the document production and resolve associated disputes before proceeding with depositions of Defendant's Rule 30(b)(6) designee(s) and at least four other employees.

The requested extension would ensure Plaintiff has adequate time to review the production, resolve disputes, take depositions, and serve any follow-up discovery that may be necessary to support their class certification brief. *Wal-Mart Stores, Inc. v. Dukes*, 564 U.S. 338 (2011) (noting the "rigorous analysis" required under Rude 23); *ABS Ent., Inc. v. CBS Corp.*, 908 F.3d 405, 427 (9th Cir. 2018) (reversing trial court's denial of stipulations to extend class certification briefing and finding the "[p]arties need sufficient time to develop an adequate record").

Additionally, while the Parties had scheduled Plaintiff Lopez's deposition, Plaintiff was forced to continue for personal reasons. If Plaintiff Lopez is unable to continue as a putative class representative, Plaintiff will require time to seek leave to amend adding a new proposed class representative and Defendant will need time file a responsive pleading and conduct discovery related to any such individual.

Now, therefore, the Parties, by and through their counsel and subject to the approval of the Court, request that the dates shall be amended as follows:

| EVENT | CURRENT DEADLINE | NEW DEADLINE |
|---|---|---|
| Class Fact Discovery Cut Off | July 7, 2025 | December 29, 2025 |
| Plaintiff to disclose all persons whom they may call to trial to present evidence under FRE 702, 703, 704, 705 | July 28, 2025 | January 21, 2026 |
| Motion for Class Certification | July 28, 2025 | January 21, 2026 |
| Response to Motion for Class Certification | October 20, 2025 | April 14, 2026 |
| Defendant to disclose all persons whom they may call to trial to present evidence under FRE 702, 703, 704, 705 | October 20, 2025 | April 14, 2026 |
| Reply in Support of Motion for Class Certification | November 17, 2025 | May 26, 2026 |
| Plaintiff to disclose all persons providing rebuttal expert testimony | November 17, 2025 | May 26, 2026 |

JOINT MOTION TO EXTEND CASE SCHEDULE

Dated: June 23, 2025

Respectfully submitted by,

HAGENS BERMAN SOBOL SHAPIRO LLP

By: *s/ Robert B. Carey*
  Robert B. Carey
  John M. DeStefano
  E. Tory Beardsley

THE SLAVICEK LAW FIRM
  Brett L. Slavicek
  James Fucetola
  Justin Henry

*Attorneys for Plaintiff*

JABURG & WILK, P.C.

By: *s/Ian M. Fischer (w/permission)*
  Micalann C. Pepe (No. 029053)
  Ian M. Fischer (No. 026239)
  Michelle L. Hogan (No. 031490)

*Attorneys for Defendant*

JOINT MOTION TO EXTEND CASE
SCHEDULE