**Jaburg & Wilk, P.C.**
1850 North Central Avenue, Suite 1200
Phoenix, AZ 85004
602.248.1000

Micalann C. Pepe (029053)
mcp@jaburgwilk.com
Ian M. Fischer (026239)
imf@jaburgwilk.com
Michelle L. Hogan (031490)
mlh@jaburgwilk.com

Attorneys for Defendant
Liberty Mutual Personal Insurance Company

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Crystal Lopez,<br><br>        Plaintiff,<br><br>v.<br><br>Liberty Mutual Personal Insurance Company,<br><br>        Defendant. | Case No.  2:23-cv-00629-PHX-DLR<br><br>**STIPULATION RE FIRST AMENDED COMPLAINT AND JOINT MOTION TO EXTEND CASE SCHEDULE**<br><br>(Honorable Douglas L. Rayes) |

Defendant Liberty Mutual Personal Insurance Company ("LMPIC") and Plaintiff Crystal Lopez (collectively, "the Parties") have met and conferred at length and stipulate and agree that (1) Plaintiff Lopez shall be permitted to file the proposed First Amended Class Action Complaint ("FAC"), a redline copy of which was filed at Doc. 58-1; and (2) the case schedule should be extended approximately four months as set forth below.

In support of these stipulations, the Parties state as follows:

## I.    Lopez's Proposed FAC

Under Federal Rule of Civil Procedure 15(a)(2), a court order is not necessary when the adverse party consented to amendment. *Murkanko v. Pinnacle Nissan Infiniti*, No. CV042438PHXSRB, 2005 WL 2757285, at *2 (D. Ariz. Oct. 25, 2005) (citing *Fern v. United States*, 213 F.2d 674, 677 (9th Cir. 1954)). Additionally, as set forth in Plaintiff's Motion for Leave to File FAC, Ms. Lopez is unable to represent the putative class in this matter and as such seeks to join a new plaintiff, Kevin Heisler, who will seek to represent the putative class in this action. Doc. 58 at 5-6, 8-9.

Accordingly, the Parties agree and stipulate as follows:

1.  Lopez may file her FAC;

2.  LMPIC's consent to the filing of the FAC does not constitute a waiver of any objection or defense to the FAC or any allegation therein; and

3.  Lopez's Motion for Leave to File First Amended Complaint (Doc. 58) may be denied as moot.

## II.    Joint Motion to Extend the Case Schedule

Plaintiff's FAC adds a plaintiff, Kevin Heisler, who will ask this Court to permit him to represent a class.

The Parties are currently focused on the discovery needed to move for and oppose a motion for class certification. *See* Scheduling Order (Doc. 34), at 4:12-14 (ordering the Parties to submit a proposed schedule for merits discovery after the Court's ruling on a class certification motion).

The Parties agree that LMPIC should have time to conduct discovery related to the new plaintiff's representation of the class which, at least, implicates the adequacy and typicality requirements of Rule 23(a). Additionally, discovery into LMPIC's corporate practices is ongoing.

Therefore, the Parties respectfully request that the Court extend the case schedule as follows:

2

23043-23043-00028\IMF\CTG\6710188v2

| EVENT | CURRENT DEADLINE | NEW DEADLINE |
|---|---|---|
| Class Fact Discovery Cut Off | December 29, 2025 | April 24, 2026 |
| Plaintiff to disclose all persons whom they may call to trial to present evidence under FRE 702, 703, 704, 705 | January 21, 2026 | May 20, 2026 |
| Motion for Class Certification | January 21, 2026 | May 20, 2026 |
| Response to Motion for Class Certification | April 14, 2026 | August 12, 2026 |
| Defendant to disclose all persons whom they may call to trial to present evidence under FRE 702, 703, 704, 705 | April 14, 2026 | August 12, 2026 |
| Reply in Support of Motion for Class Certification | May 26, 2026 | September 23, 2026 |
| Plaintiff to disclose all persons providing rebuttal expert testimony | May 26, 2026 | September 23, 2026 |

The Parties also agree that Kevin Heisler will provide his Rule 26 disclosures within 14 days of filing the FAC and LMPIC will supplement its disclosures within 14 days of filing its answer to the FAC. *See* Fed. R. Civ. P. 26(a)(1)(D).

DATED this 23rd day of October, 2025.

**JABURG & WILK, P.C.**

/s/ Ian M. Fischer
Micalann C. Pepe
Ian M. Fischer
Michelle L. Hogan
*Attorneys for Defendant*

HAGENS BERMAN SOBOL SHAPIRO LLP

By: */s/ Tory Beardsley (w/permission)*
    Robert B. Carey
    John M. DeStefano
    E. Tory Beardsley

THE SLAVICEK LAW FIRM
    Brett L. Slavicek
    James Fucetola
    Justin Henry
    *Attorneys for Plaintiffs*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of October, 2025, I electronically transmitted the foregoing Notice of Service of Fourth Supplemental Disclosure to the Clerk's Office by using CM/ECF System for filing, and for transmittal of a Notice of Electronic Filing to the following CM/ECF Registrants:

Brett L. Slavicek
James Fucetola
Justin Henry
THE SLAVICEK LAW FIRM
5500 North 24th Street
Phoenix, Arizona 85016
brett@slaviceklaw.com
james@slaviceklaw.com
justin@slaviceklaw.com

Robert B. Carey
John M. DeStefano
E. Tory Beardsley
HAGENS BERMAN SOBOL SHAPIRO LLP
11 West Jefferson Street, Suite 1000
Phoenix, AZ 85003
Email: rob@hbsslaw.com
johnd@hbsslaw.com
toryb@hbsslaw.com

*Attorneys for Plaintiffs*

/s/ Ian M. Fischer

4

23043-23043-00028\IMF\CTG\6710188v2