# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Crystal Lopez, | No. CV-23-00629-PHX-DLR |
| Plaintiff, | **ORDER** |
| v. | |
| Liberty Mutual Personal Insurance Company, | |
| Defendant. | |

The Court having reviewed the parties' Stipulation re First Amended Complaint and Joint Motion to Extend Case Schedule (Doc. 59), and good cause appearing,

**IT IS ORDERED** that, pursuant to the parties' stipulation (Doc. 59), Plaintiff shall file her First Amended Complaint within 5 days of the date of this Order.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Leave to File First Amended Complaint (Doc. 58) is **DENIED** as moot.

**IT IS FURTHER ORDERED** that the parties' joint motion to extend case schedule is **GRANTED**. The case schedule shall be amended as follows:

| EVENT | CURRENT DEADLINE | NEW DEADLINE |
|---|---|---|
| Class Fact Discovery Cut Off | December 29, 2025 | **April 24, 2026** |
| Plaintiff to disclose all persons whom they may call to trial to present evidence under FRE 702, 703, 704, 705 | January 21, 2026 | **May 20, 2026** |
| Motion for Class Certification | January 21, 2026 | **May 20, 2026** |
| Response to Motion for Class Certification | April 14, 2026 | **August 12, 2026** |

| Defendant to disclose all persons whom they may call to trial to present evidence under FRE 702, 703, 704, 705 | April 14, 2026 | **August 12, 2026** |
|---|---|---|
| Reply in Support of Motion for Class Certification | May 26, 2026 | **September 23, 2026** |
| Plaintiff to disclose all persons providing rebuttal expert testimony | May 26, 2026 | **September 23, 2026** |

**IT IS FURTHER ORDERED** that Kevin Heisler will provide his Federal Rule of Civil Procedure 26 disclosures within 14 days of filing the First Amended Complaint and Liberty Mutual Personal Insurance Company will supplement its disclosures within 14 days of filing its answer to the First Amended Complaint.

Dated this 24th day of October, 2025.

Douglas L. Rayes
Senior United States District Judge

- 2 -