# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Crystal Lopez,<br><br>       Plaintiff,<br><br>v.<br><br>Liberty Mutual Personal Insurance Company,<br><br>       Defendant. | No. CV-23-00629-PHX-DLR<br><br>**ORDER** |

The Court having reviewed the parties' Stipulation to Dismiss Lopez's Claims without Prejudice (Doc. 63), and good cause appearing,

**IT IS ORDERED** that Plaintiff Crystal Lopez's claims against Liberty Mutual Personal Insurance Company are hereby dismissed without prejudice.

**IT IS FURTHER ORDERED** that:

1) no testimony from Crystal Lopez will be offered related to class certification or on the merits in any form (including declaration or affidavit).

2) Crystal Lopez will not be offered as a class representative related to any claims in this case.

3) Liberty Mutual Personal Insurance Company is not limited in taking merits discovery related to Crystal Lopez's claims if she pursues any of them individually.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall amend the caption of this case to reflect Kevin Heisler is the only plaintiff.

Dated this 17th day of November, 2025.

Douglas L. Rayes
Senior United States District Judge

- 2 -