# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kevin Heisler, | No. CV-23-00629-PHX-DLR |
| Plaintiff, | **ORDER** |
| v. | |
| Liberty Mutual Personal Insurance Company, | |
| Defendant. | |

The Court having reviewed the parties' Joint Motion to Extend Case Schedule (Doc. 72), and good cause appearing,

**IT IS ORDERED** that the parties' joint motion is **GRANTED** and the deadlines set forth in the Court's Scheduling Order (Doc. 34), as previously amended (Docs. 43, 49, 54, 60), are further extended as follows:

| EVENT | CURRENT DEADLINE | NEW DEADLINE |
|---|---|---|
| Class Fact Discovery Cut Off | April 24, 2026 | **July 30, 2026** |
| Plaintiff to disclose all persons whom they may call to trial to present evidence under FRE 702, 703, 704, 705 | May 20, 2026 | **August 25, 2026** |
| Motion for Class Certification | May 20, 2026 | **August 25, 2026** |
| Response to Motion for Class Certification | August 12, 2026 | **November 17, 2026** |
| Defendant to disclose all persons whom they may call to trial to present evidence under FRE 702, 703, 704, 705 | August 12, 2026 | **November 17, 2026** |

| Reply in Support of Motion for Class Certification | September 23, 2026 | **January 19, 2027** |
| Plaintiff to disclose all persons providing rebuttal expert testimony | September 23, 2026 | **January 19, 2027** |

Dated this 20th day of April, 2026.

Douglas L. Rayes
Senior United States District Judge

- 2 -