**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Kevin Heisler, et al., | No. CV-23-00629-PHX-DLR |
| Plaintiffs, | **ORDER** |
| v. | |
| Liberty Mutual Personal Insurance Company, | |
| Defendant. | |

On May 19, 2026, the Court held a discovery hearing on the parties' Joint Statement of Discovery Dispute. (Doc. 75.) During the hearing, Defendant moved to the seal Exhibits A and B of the joint statement, and Plaintiff did not object. Accordingly,

**IT IS ORDERED** granting Defendant's oral motion to seal Exhibits A and B of the joint statement (Docs. 75-1, 75-2). The Clerk of the Court is directed to file the parties' Joint Statement of Discovery Dispute, lodged on the Court's docket at document 75, on the public docket with Exhibits A and B of the joint statement (Docs. 75-1, 75-2) being filed under seal.

Dated this 19th day of May, 2026.

Douglas L. Rayes
Senior United States District Judge